**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1793**

HEATHER C. HOFFMAN,

        Plaintiff - Appellant,

    v.

CHARTER COMMUNICATIONS, INC.,

        Defendant - Appellee,

    and

SPECTRUM MANAGEMENT HOLDING COMPANY LLC, f/k/a Time Warner Inc.,

        Defendant.

Appeal from the United States District Court for the District of South Carolina, at Beaufort. Richard Mark Gergel, District Judge. (9:18-cv-01145-RMG)

Submitted: October 26, 2018           Decided: November 6, 2018

Before GREGORY, Chief Judge, and WYNN and HARRIS, Circuit Judges.

Dismissed and remanded by unpublished per curiam opinion.

Heather C. Hoffman, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Heather C. Hoffman seeks to appeal the district court's order dismissing her civil complaint without prejudice. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). Because Hoffman could potentially amend her complaint to allege a proper basis to support federal jurisdiction, the order she seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. *Domino Sugar Corp. v. Sugar Workers Local Union 392*, 10 F.3d 1064, 1067 (4th Cir. 1993) (alteration and internal quotation marks omitted); *accord Goode v. Cent. Va. Legal Aid Soc'y*, 807 F.3d 619, 626-27 (4th Cir. 2015). Accordingly, we dismiss the appeal for lack of jurisdiction and remand the case to the district court with instructions to allow Hoffman to file an amended complaint. *See Goode*, 807 F.3d at 630. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED AND REMANDED*